**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| MICHAEL NELSON, | No. 4:23-CV-00945 |
| Plaintiff, | (Chief Judge Brann) |
| v. | |
| MARISSA REDICK, | |
| Defendant. | |

**ORDER**

**AND NOW**, this 5th day of January 2024, in accordance with the

accompanying Memorandum, **IT IS HEREBY ORDERED** that:

1. Plaintiff's amended complaint (Doc. 10) is **DISMISSED** with prejudice pursuant to 28 U.S.C. § 1915A(b)(1) for failure to state a claim upon which relief may be granted.

2. The Clerk of Court is directed to CLOSE this case.

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
Chief United States District Judge